UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                 Criminal No. 15-cr-20621
                                              Hon. Matthew F. Leitman

v.

D-1  ERIC JUNOD,

    Defendant.

---

### MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR *FRANKS* HEARING AND FOR ADDITIONAL DISCOVERY

The United States of America, by its undersigned attorneys, respectfully requests that the **Government's Response to Defendant's Motion for *Franks* Hearing and for Additional Discovery** be sealed until further order of the Court to avoid jeopardizing an investigation.

                                                        Respectfully submitted,

                                                        BARBARA L. McQUADE
                                                        United States Attorney

                                                        s/ *Mollie E. O'Rourke*
                                                        Assistant United States Attorney
                                                        211 W. Fort Street, Suite 2001
                                                        Detroit, MI  48226
                                                        Email: mollie.orourke@usdoj.gov
Dated: May18, 2016                         (313) 226-9137

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Criminal No. 15-cr-20621
Hon. Matthew F. Leitman

v.

D-1  ERIC JUNOD,

    Defendant.

## ORDER TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR *FRANKS* HEARING AND FOR ADDITIONAL DISCOVERY

The government having moved to seal **Government's Response to Defendant's Motion for *Franks* Hearing and for Additional Discovery** and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the **Government's Response to Defendant's Motion for *Franks* Hearing and for Additional Discovery**, be sealed until further Order of this Court.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: May 19, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2016, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (313) 234-5113